## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ABC Products

          Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A, et al.

          Defendant.

Case No.: 1:23−cv−04131

Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion Hearing held on 1/29/2024. For the reasons stated on the record, Defendant BonWeiry's Motion to Vacate the Preliminary Injunction Order [72] is denied. Defendant BonWeiry is directed to file its Notification of Affiliates in accordance with Local Rule 3.2 by 2/12/2024. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.